United States District Court
Middle District of Florida
Jacksonville Florida



Benito A. Santiago
Plaintiff,
V.
Gloria Walden, et al.,
Defendant.

Case No. 3:23-cv-741-MMH-JBT

## Motion for Preliminary Injunction

Plaintiff moves this court for an preliminary Injunction on Defendant Watson this injunction should Be granted for the following:

1. Plaintiff has filed a lawsuit pursuant to 42 U.S.C §1983 (DOC 1 at 1)

2. Defendant Watson on January 17, 2024 at approximately Between 8:40 a.m and 9:15 a.m while doing his morning inspection while Between Cells U2206 and U2210 he has threaten to hang Plaintiff from an Oak tree

3. Defendant watson has Been under investagation for murder more then once while working for F.D.O.C and nothing is being done about the abuse and killing of inmate the institution is not doing any thing to stop excessive force and killing at the hand of Lt. Watson. I have filed grievance and nothing is being Done, if he is not remove from around me I fear he is going to kill me

4. he has used excessive force on Plaintiff in the past and he has Been threatening to use bodly harm agin this officer history of killing inmates and Excessive force he has used on me in the past I fear for my life Because he is threatening me

5. He has told me that if I write the courts he going to have me ship to Florida State Prison and have me killed

LEGAL PAPER

## Conclusion

For the foregoing reasons the court should grant plaintiff motion an Preliminary Injunction

## Certificate of Service

I hereby Certify that a true copy of the foregoing has Been mailed by U.S Mail to the Clerk of Court, 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202-4271 and Defendants Counsel Bilal Faruqui, Office of Attorney General, PL-01 The Capitol, Tallahassee, Florida 32399 on this day of January 18, 2024

Benito Santiago
Benito Santiago
Pro Se Plaintiff

LEGAL PAPER